IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROSMERY JAKELYN MARTELL  \*
VILLAREAL  \*
 \*
      v.  \*  Civil No. JFM-11-2147
 \*
JOSE RAUL CORBERA  \*
TENORIO, ET AL.  \*
 \*\*\*\*\*

## **ORDER**

For the reasons stated in the accompanying memorandum, it is, this 21st day of March 2012

ORDERED that the motions to quash or to dismiss filed by defendants (document 9) is granted as one to dismiss and, as such, is granted.

                               /s/
                              J. Frederick Motz
                              United States District Judge